# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RODNEY G. ANDERSON,**<br><br>Plaintiff,<br><br>v.<br><br>**AKAL SECURITY, INC., and UNITED STATES MARSHALS SERVICE,**<br><br>Defendants. | CIV F 07-293  AWI TAG<br><br>ORDER OF RECUSAL AND ORDER DIRECTING THE CLERK OF THE COURT TO REASSIGN THIS ACTION TO DISTRICT COURT JUDGE MORRISON ENGLAND |

Under 28 U.S.C. § 455, a judge has an affirmative duty to recuse himself "in any proceeding in which his impartiality might reasonably be questioned." Liteky v. United States, 510 U.S. 540, 548 (1994).  If "a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned," then recusal is appropriate.  See United States v. Hernandez, 109 F.3d 1450, 1453 (9th Cir. 1997); United States v. Studley, 783 F.2d 934, 939 (9th Cir. 1986).

Plaintiff worked as a Court Security Officer at the Fresno Federal Courthouse for many years.  Given the prior relationship between Plaintiff and all of the District Judges of the Fresno Division of the Eastern District of California, the undersigned believes that an appearance of impartiality may or could arise in this case.  Therefore, the undersigned finds it necessary to recuse himself in this action.  See 28 U.S.C. § 455; Studley, 783 F.2d at 939.

In consideration of the Plaintiff's prior professional relationship with the Fresno Division

1  District Judges, this case will be reassigned to Judge Morrison England.  The new case number
2  will be:  **2:07-cv-01205 MCE GGH**.  All future filings shall be so numbered.
3        Accordingly, the Clerk of the Court is DIRECTED to reassign this action to District
4  Judge Morrison England under new case number **2:07-cv-01205 MCE GGH**.

6  IT IS SO ORDERED.
7  **Dated:   June 21, 2007**                   **/s/ Anthony W. Ishii**
                                                                                       UNITED STATES DISTRICT JUDGE